IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSE MIGUEL HILARIO,

    Petitioner,

v.                                                  CASE NO. 5:13-cv-24-SPM-GRJ

WARDEN, FCI MARIANNA,

    Respondent.
_____/

## O R D E R

On January 22, 2013, the Court ordered Petitioner to pay the filing fee for his petition under 28 U.S.C. § 2241 or file a motion to proceed as a pauper, and to file an amended petition with two service copies. The Court cautioned Petitioner that if he failed to comply, the undersigned would recommend that this case be dismissed without further notice. (Doc. 3.) On January 25, 2013, Petitioner filed a pleading entitled "Notice of Additional Information" which appears to request that the Court request copies of a commercial lien recorded by Petitioner against the United States District Court for the District of Rhode Island, "for their dishonor(s) against [Petitioner]." (Doc. 4, at 1.) Petitioner then filed a second "Notice of Additional Information" on January 28, 2013, claiming that the Rhode Island court used Petitioner's "credit without giving [Petitioner] full disclosure." (Doc. 5, at 1.) Upon due consideration of the instant pleadings, the Court concludes that they do not comply with the Court's order. There is no basis for the filing of any "Notice of Additional Information" in the current posture of this case.

Accordingly it is **ORDERED:**

Plaintiff's pleadings, Doc. 4 and 5, are **STRICKEN**.

**DONE AND ORDERED** this January 30, 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge